UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PETER BARCLAY,

            Petitioner,

    v.

UNITED STATES OF AMERICA,

            Respondent.

**ORDER**

6:20-CV-06047 EAW
6:13-CR-06031 EAW

       Petitioner Peter Barclay ("Petitioner"), proceeding *pro se*, seeks relief pursuant to 28 U.S.C. § 2255, alleging that his conviction in this Court was unconstitutionally or unlawfully obtained. The last address provided to the Court by Petitioner is the Allenwood Low Federal Correctional Institution. However, it appears that Petitioner was released from custody on July 2, 2020. *See Find an Inmate*, Fed. Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited July 22, 2020). Petitioner has not provided the Court with an updated address since that time, although the Government has provided the Court with what appears to be Petitioner's current address. (*See* Dkt. 83).

       Local Rule of Civil Procedure 5.2(d) requires that a party proceeding *pro se* "must furnish the Court with a current address at which papers may be served on the litigant. . . . The Court must have a current address at all times. Thus, a *pro se* litigant must notify the Court immediately, in writing, of any change of address. Failure to do so may result in dismissal of the case, with prejudice." L.R. Civ. P. 5.2(d). In this case, Petitioner has

failed to comply with the requirements of Local Rule 5.2(d), because he has not furnished the Court with a current address.

Accordingly, Petitioner is directed to provide the Court with an address where papers may be served by **August 19, 2020**.  The failure to comply with this Order may result in dismissal of the Petition.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
United States District Judge

Dated:       July 22, 2020
             Rochester, New York